IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID WAYNE HUNTINGTON,     )
JR., # 272066,              )
                            )
        Plaintiff,          )
                            )
v.                          )          CASE NO. 1:21-CV-434-WKW
                            )
JAMES BRAZIER,              )
                            )
        Defendant.          )

## **ORDER**

On April 21, 2022, the Magistrate Judge filed a Recommendation (Doc. # 35) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1.    The Magistrate Judge's Recommendation (Doc. # 35) is ADOPTED.

2.    This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 16th day of May, 2022.

        _____/s/   W. Keith Watkins_____
        UNITED STATES DISTRICT JUDGE